(No. 953— )

PHOEBE B. BUEHLER, AS EXECUTRIX OF THE LAST WILL AND TESTA-
MENT OF CHRISTIAN BUEHLER, Deceased, Claimant, *vs.* STATE OF
ILLINOIS, Respondent.

*Opinion filed November 9, 1927.*

J. E. HOUSTON, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-
TON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the
court:

This is a claim for the refund of $12,096.14 inheritance
tax paid in the estate of Christian Buehler, deceased. It is
claimed that this amount was paid in excess of the amount
that should have been paid.

The Attorney General of this State represents the State
of Illinois on the hearing of all questions pertaining to the
levy and the hearing of all inheritance tax cases in the vari-
ous courts of the State. It is the duty of the Attorney Gen-
eral to see that the proper and legal assessments are made.
In this case the Attorney General comes and protests against
the payment of $5387.87 a part of the above amount.

After examination of the files in the case, this court con-
curs in the objection of the Attorney General, as to the al-
lowance of the payment of the last above mentioned sum.

The Attorney General consents to an allowance of $6,-
708.57 in this case.

Therefore, it is recommended that the claimant be award-
ed the sum of $6,708.57.